1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   JUAN E. LOPEZ,                    )   CASE NO. CV 07-1597-ODW (PJW)
                                       )
11                  Petitioner,        )
                                       )   ORDER ACCEPTING REPORT AND
12          v.                         )   ADOPTING FINDINGS, CONCLUSIONS,
                                       )   AND RECOMMENDATIONS OF UNITED
13   LYDIA HENSE, WARDEN,              )   STATES MAGISTRATE JUDGE
                                       )
14                  Respondent.        )
     _____ )
15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge and has considered de novo the portions of the

19   Report as to which objections have been filed.  The Court accepts the

20   Magistrate Judge's Report and adopts it as its own findings and

21   conclusions.

22

23      DATED:    September 10, 2008.

24

25

26                                     _____
                                       OTIS D. WRIGHT, II
27                                     UNITED STATES DISTRICT JUDGE

28   C:\Temp\notesFFF692\LA07CV01597ODW-O.wpd