UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN E. LOPEZ, | ) | Case No. CV 07-1597-ODW (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| LYDIA HENSE, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   <u>September 10, 2008</u>.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA07CV01597ODW-J.wpd